Dismissed and Memorandum Opinion filed December 4, 2008








Dismissed
and Memorandum Opinion filed December 4, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-01029-CV

____________

 

JAMES AND ELIZABETH CARLSON, ET AL, Appellants

 

V.

 

CITY OF HOUSTON, Appellee

 



 

On Appeal from the
152nd District Court

Harris County,
Texas

Trial Court Cause
No. 2008-57899

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 31, 2008.  On November 12, 2008,
appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
December 4, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.